**Order entered August 18, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00293-CV**

**AAKHU B.S. SHETET, Appellant/Cross-Appellee**

**V.**

**RONALD A. BURNOM, Appellee/Cross-Appellant**

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-08333**

**ORDER**
Before Chief Justice Burns, Justice Goldstein, and Justice Smith

This appeal from the trial court's April 8, 2021 decree of divorce was filed by Aakhu B.S. Shetet on April 27. The clerk's record was filed the following day.

On May 3, Ronald A. Burnom filed a motion for new trial and subsequently, he filed a notice of cross-appeal. On June 4, the reporter's record was filed, making appellant's opening brief due July 6. *See* TEX. R. APP. P. 4.1, 38.6(a). Appellant failed to file her brief by that date and was cautioned that her appeal would be dismissed if she failed to file it by July 19. *See id.* 38.8(a)(1). To date,

the brief has not been filed.  Accordingly, we **DISMISS** Ms. Shetet's appeal.  *See id.*

In light of these circumstances, we **REALIGN** the parties and **DIRECT** the Clerk of the Court to change the style of the case to "Ronald A. Burnom, Appellant v. Aakhu B.S. Shetet, Appellee."  Mr. Burnom shall file his opening brief no later than September 17, 2021.

/s/ CRAIG SMITH
   JUSTICE